DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**RASHAWN AIKEN,**
Appellee.

No. 4D2025-2147

[May 14, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lorena V. Mastrarrigo, Judge; L.T. Case No. 062023CF004728A88810.

James Uthmeier, Attorney General, Tallahassee, and Nathanial LeBlanc, Assistant Attorney General, West Palm Beach, for appellant.

Daniel Eisinger, Public Defender, and Ethan Goldberg, Assistant Public Defender, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***